# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 1, 2008

135650 & (3)(4)

In re:

Anonymous Judge.

SC: 135650

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____/

On order of the Court, the motions to seal the file and maintain confidentiality and for immediate consideration are GRANTED. The petition for interim suspension without pay is considered, and it is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 1, 2008 _____

Clerk

p0130